FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 DEC -7 PM 4:19
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Indictment No. CR315-013 |
| V. ) | |
| ) | |
| REX ANTHONY CLARK ) | 21 U.S.C. 846 |
| ) | Conspiracy to Distribute and |
| BRADLEY LANE FROST ) | Possess With Intent To Distribute |
| ) | Controlled Substances |
| JOAN MARIE PRICE ) | |
| ) | 21 U.S.C. 841(a)(1) |
| SUSAN ALLANA REGISTER ) | Possession With Intent to |
| ) | Distribute Controlled Substances |
| TRACY WALDO SCOTT ) | |
| ) | 21 U.S.C. 843(b) |
| MELISSA HAYDEN FRANCIS ) | Use of a Communication Facility |
| ) | in the Commission of a Felony |
| KATI LYNN GRANTHAM ) | |
| ) | 18 U.S.C. § 924(c) |
| TONYA MICHELLE TYSON ) | Possession of a Firearm During |
| ) | the Commission of a Drug |
| ALLEN R. SLADE ) | Trafficking Crime |
| ) | |
| SUSAN HARDEN HERRIN ) | |
| ) | |
| KEVIN MCGOWEN ) | |

## UNSEALING ORDER

Upon application of the United States Attorney, by and through, Patricia Green Rhodes Assistant United States Attorney, the Motion to Unseal Indictment and penalty certification filed in the above-referenced case is hereby GRANTED.

This 7th day of December, 2015.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA