IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 315-013 |
| | ) | |
| REX ANTHONY CLARK | ) | |
| BRADLEY LANE FROST | ) | |
| JOAN MARIE PRICE | ) | |
| SUSAN ALLANA REGISTER | ) | |
| KATI LYNN GRANTHAM | ) | |
| TRACY WALDO SCOTT | ) | |
| MELISSA HAYDEN FRANCIS | ) | |
| TONYA MICHELLE TYSON | ) | |
| ALLEN R. SLADE | ) | |
| SUSAN HARDEN HERRIN | ) | |
| KEVIN McGOWEN | ) | |

_____

**O R D E R**
_____

Multiple Defendants in this case have filed motions to adopt the motions filed by co-defendants. The Court **GRANTS** these motions. (Doc. nos. 106, 107, 114, 123, 156, 159.) Defense counsel who filed a motion to adopt are instructed to file written notice with the Court of the specific motions that their respective clients intend to adopt. The written notice must be filed not later than February 10, 2016. If any of the adopted motions require evidentiary support and/or a supporting memorandum particularized to the circumstances of a Defendant, that supporting documentation must be filed along with the written notice of

adoption. Counsel are specifically directed to Local Criminal Rule 12.1. Any motion not properly particularized in accordance with this Local Rule may be treated as a nullity.

The deadline for the government to respond to all defense motions is March 14, 2016.

SO ORDERED this 29th day of January, 2016, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA