FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN -1  AM 9: 57

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

IN RE:                                    )    Case Nos.:   CR305-022, G. S. Legette
                                          )                 CR315-013, R. A. Clark, et. al.
LEAVE OF ABSENCE REQUEST   )                 CR316-010, J. D. Upshaw
PATRICIA G. RHODES                )
June 13th through June 17th, 2016.

**ORDER**

Upon consideration of the Motion for Leave of Absence filed by the United States of

America in the above-cited cases on behalf of Assistant United States Attorney Patricia G.

Rhodes for June 13th through June 17th, 2016, for vacation; same is hereby GRANTED.

This _____ day of _____, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1